Pamela Pitt (SBN: 156395)
Maria Bourn (SBN:269322)
LAW OFFICE OF PAMELA PITT
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: 415 291-9251
Facsimile: 415 291-9252

Attorney for Plaintiff,
Enrique Marin

UNITED STATES DISTRICT COURT

OF NORTHERN CALIFORNIA

| | |
|---|---|
| ENRIQUE MARIN,<br><br>            Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN MATEO, CORREY COGGINS, and Does 1 through 10,<br><br>Defendants. | STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT FOR DAMAGES<br><br>NO.: CV-10-4432 |

　　　　WHEREAS PLAINTIFF's doctor has released him to work for DEFENDANT subject to permanent work restrictions;

WHEREAS PLAINTIFF and DEFENDANT are determining what reasonable accommodations are needed by PLAINTIFF;

　　　　WHEREAS PLAINTIFF has filed a Department of Fair Employment and Housing Complaint for Failure to Accommodate;

　　　　WHEREAS PLAINTIFF desires to be granted leave to file an Amended Complaint that will include a cause of action for Failure to Accommodate;

　　　　WHEREAS DEFENDANT HAS AGREED to stipulate that it has no objection to

1  Plaintiff filing an Amended Complaint;

2      NOW THEREFORE the parties hereto stipulate to and ask the Court to grant permission

3  to Plaintiff to file an Amended Complaint.

4

5  March 25, 2011                    LAW OFFICE OF PAMELA PITT

6

7

8                              _____s/ Pamela Pitt_____
9                              By:   Pamela Pitt, Attorney for
                                  Plaintiff Enrique Marin

10

11

12  March 25, 2011

13

14                              _____s/ Brian Wong_____
15                              By:   Brian Wong, Attorney for
                                  County of San Mateo

16     The amended complaint due no later than April 8, 2011 and the case management

17     conference is hereby continued to Friday, April 22, 2011 at 8:30 a.m.

18     IT IS SO ORDERED:

19

20  Dated:  Mar 28, 2011                _____
                             The Honorable Charles R. Breyer
21                               Northern District

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

22

23

24

25

26

27

28