JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
BY: BRIAN J. WONG, DEPUTY (SBN 226940)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-1960
Facsimile: (650) 363-4034
E-mail: bwong@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO and COREY COGGINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MARIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO, CORREY COGGINS, and DOES 1 thru 10,<br><br>Defendants. | Case No. CV-10-4432 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 4, 2011 HEARING ON MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to Local Rules 6-2(a) and 7-12, Plaintiff Enrique Marin and Defendants County of San Mateo and Corey Coggins (the "Defendants") hereby stipulate to and request that, in light of ongoing settlement negotiations between the parties, the Court issue an order continuing the date of the hearing set for Defendants' motion for summary judgment from the current hearing date of November 4, 2011 to December 16, 2011.

　　　　It is so stipulated.

Case No. CV-10-4432 CRB

STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 4, 2011 HEARING ON
MOTION FOR SUMMARY JUDGMENT

Dated: September 27, 2011

By: _____/s/ Brian J. Wong_____
BRIAN J. WONG, DEPUTY

Attorneys for Defendants
COUNTY OF SAN MATEO and COREY COGGINS

Dated: September 27, 2011

By: _____/s/ Maria Bourn_____
MARIA BOURN

Attorneys for Plaintiff
Plaintiff ENRIQUE MARIN

This stipulation is supported by the following declaration of Brian J. Wong:

## DECLARATION OF BRIAN J. WONG

I, Brian J. Wong declare:

1. I am counsel of record for Defendants County of San Mateo and Corey Coggins (the "Defendants"). The following is within my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I make this declaration as required by Local Rule 6-2(a).

3. Presently, the Defendants' motion for summary judgment is set for hearing before this Court on November 4, 2011 at 10:00 a.m., and in light of this hearing date, Defendants' motion must be filed, served and noticed by September 30, 2011 under Local Rule 7-2.

4. The parties are in the process of negotiating a settlement of all claims in this action, but require additional time beyond September 30, 2011 to continue this process. After discussion, the parties agree that continuing the hearing date from November 4, 2011 to December 16, 2011 will be conducive to reaching a settlement in this action. The parties are both available for a December 16, 2011 hearing, if it is necessary.

5.   This is the parties' first request for an extension of time relating to Defendants' motion for summary judgment, and the only previous request for a time modification was on March 25, 2011 when the parties submitted a stipulation and proposed order regarding additional time to complete alternative dispute resolution.

6.   This time modification would have minimal impact on the case schedule, as the Court has not set any other deadlines in this action.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge and that this declaration was executed on September 28, 2011 in Redwood City, California.

_____
Brian J. Wong

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: The hearing date for Defendants' motion for summary judgment, currently set for November 4, 2011 at 10:00 a.m., is continued until December 16, 2011 at 10:00 a.m.  All deadlines associated with the filing of the motion, opposition and reply shall be recalculated based on the timelines set forth in Local Rule 7-2.

Dated:  September 30, 2011

_____
Honorable Charles R. Breyer
United States District Judge

