UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE MARIN ,<br><br>                Plaintiff,<br><br>        v.<br><br>COUNTY OF SAN MATEO, COREY COGGINS, and DOES 1 through 10,<br><br>                Defendants. | NO.: CV-10-04432<br><br>**STIPULATION OF DISMISSAL WITH PREJUDCIE AND [PROPOSED] ORDER [FRCP 41(a)(1)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

1

STIPULATION OF DISMISSAL WITH PREJUDICE
(CASE NO.: CV-10-4432)

Dated: _____        LAW OFFICE OF PAMELA PITT


                               _____ss/ Pamela Pitt_____
                               By:   Pamela Pitt, Attorney for
                                     Enrique Marin


Dated: _____        SAN MATEO COUNSEL


                               _____ss/ Brian Wong_____
                               By:   Brian Wong, Attorney for
                                     County of San Mateo


    PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: ___December 15, 2011_____   _____
                                   The Honorable
                                   UNITED ST...

IT IS SO ORDERED
Judge Charles R. Breyer

2

---
STIPULATION OF DISMISSAL WITH PREJUDICE
(CASE NO.: CV-10-4432)