1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ENRIQUE MARIN, | NO.: CV-10-04432 |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDCIE AND [PROPOSED] ORDER [FRCP 41(a)(1)]** |
| v. | |
| COUNTY OF SAN MATEO, COREY COGGINS, and DOES 1 through 10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

1

STIPULATION OF DISMISSAL WITH PREJUDICE
(CASE NO.: CV-10-4432)

1  Dated: _____                LAW OFFICE OF PAMELA PITT

2

3                                          _____ss/ Pamela Pitt_____
                                           By:    Pamela Pitt, Attorney for
4                                                 Enrique Marin

5

6  Dated: _____              SAN MATEO COUNSEL

7

8

9                                          _____ss/ Brian Wong_____
                                           By:    Brian Wong, Attorney for
10                                                County of San Mateo

11

12       PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14

15 Dated:  December 15, 2011          _____
                                      The Honorable
16                                    UNITED ST

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2

STIPULATION OF DISMISSAL WITH PREJUDICE
(CASE NO.: CV-10-4432)